```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 01464
   DONALD M WASHINGTON
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-1477


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 01/23/2008 and was confirmed 04/17/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/29/2009.
------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE   UNSECURED          2135.79          .00            .00
AT&T                       UNSECURED         NOT FILED         .00            .00
AT&T WIRELESS              NOTICE ONLY       NOT FILED         .00            .00
IL STATE DISBURSEMENT UN   DSO ARREARS       11417.89          .00            .00
ISAC                       UNSECURED          3004.53          .00            .00
IL STUDENT ASSIST COMMIS   NOTICE ONLY       NOT FILED         .00            .00
HOME LOAN SERVICES         CURRENT MORTG         .00           .00            .00
HOME LOAN SERVICES         MORTGAGE ARRE         .00           .00            .00
HOME LOAN SERVICES INC     NOTICE ONLY       NOT FILED         .00            .00
HOME LOAN SERVICES INC     NOTICE ONLY       NOT FILED         .00            .00
IL STATE DISBURSEMENT UN   DSO ARREARS       11417.89          .00            .00
DARLENE WASHINGTON         NOTICE ONLY       NOT FILED         .00            .00
HELLER & RICHMOND~         DEBTOR ATTY        2,904.00                     2,902.80
TOM VAUGHN                 TRUSTEE                                           246.20
DEBTOR REFUND              REFUND                                               .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE               3,149.00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                              2,902.80
TRUSTEE COMPENSATION                          246.20
DEBTOR REFUND                                   .00
                      --------------       --------------
TOTALS                3,149.00              3,149.00


                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 01464 DONALD M WASHINGTON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 03/05/09                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```